

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00270-CV

ANTHONY DEWIGHT HEARD                                    APPELLANT

V.

KRISTI DAWN WEISNER F/K/A                                    APPELLEE
KRISTI DAWN HEARD

------------

## FROM THE 442ND DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-70112-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Nonsuit of Appeal," which we construe as a motion to dismiss the appeal, and we see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay the costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: KERR, PITTMAN, and BIRDWELL, JJ.

DELIVERED: April 5, 2018

---

[1]*See* Tex. R. App. P. 47.4.